UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20565-CIV-UU

JOSE R YGUALA PUPO and all others )
similarly situated under 29 U.S.C. 216(b), )
)
         Plaintiffs, )
vs. )
)
RIVIERA LOFT HOTEL LLC, )
JORGE MORENOS, )
)
         Defendants. )
_____ )

## **PLAINTIFF'S STATEMENT OF CLAIM[1]**

      Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Time-And-A-Half Overtime Wage Claim:**
Period Claimed: 9/5/15-1/27/17
Weeks: 69 weeks (rounded down) (72 weeks rounded – approximately 3 weeks vacation)
Overtime Hours (worked per week:) 18 hours
Amount of time-and-a-half overtime per hour not compensated: $24.24/hr (based on $16.16/hr.)
Total overtime wages unpaid and liquidated damages: $30,106.08 X 2 = $60,212.16

*Plaintiff seeks all fees and costs under the FLSA. Fees and costs are not included in the above calculation.
** Plaintiff reserves the right to seek time and one half damages for any *additional* completely unpaid overtime hours based on the evidence adduced in this case.

         Respectfully submitted,

         J. H. ZIDELL, P.A.
         ATTORNEYS FOR PLAINTIFF
         300-71ST STREET, SUITE 605
         MIAMI BEACH, FLORIDA 33141
         305-865-6766
         305-865-7167

---

[1] The Statement of Claim is based on the First Amended Complaint [DE14].

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 3/22/17 TO:**

**ALL CM/ECF RECIPIENTS**

**JOSHUA MICHAEL ENTIN, ESQ.
COUNSEL FOR DEFENDANT RIVIERA LOFT HOTEL LLC
ENTIN & DELLA FERA, P.A.
633 S. ANDREWS AVENUE, SUITE 500
FT. LAUDERDALE, FL 33301
PH: 954-761-7201
FAX: 954-764-2443
EMAIL: JOSHENTIN@COMCAST.NET**

**BY:___/s/___Rivkah Jaff_____
RIVKAH JAFF, ESQ.**