# EXHIBIT "A"

https://workforcenow.adp.com/wfn-static/12.0.40.42/common/print.html

# Earnings Statement

| Co. | File # | Clock | Number |
|---|---|---|---|
| VII | 038087 | | 74939898 |

Worked In Dept:
Home Dept: 005780

Riviera Hotel Apart.
808 Collins Ave
Miami Beach, FL 33139

Period Beginning Date: 08/29/2015
Period End: 09/11/2015
Pay Date: 09/18/2015
WGPS Advance Pay Date:

Jose Yguala
1617 Michigan Ave
Apt 9
Miami Beach, FL 33139

| Earnings | Code | Field # | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Regular | | | 12.0000 | 79.23 | 950.76 |
| Overtime | | | 18.0000 | 6.98 | 125.64 |
| | H - Holiday | 3 | 12.0000 | 8.00 | 96.00 |
| Gross Pay | | | | | 1,172.40 |

| Deductions | Statutory | Amount |
|---|---|---|
| Federal Income Tax | | 144.85 |
| Social Security | | 72.69 |
| Medicare | | 17.00 |

| | Other | Amount |
|---|---|---|

| Net Pay | | 937.86 |
|---|---|---|

| Memos | Code | Amount |
|---|---|---|

1 of 1

2/28/2017 10:48 AM

**Employee Time Card Detail**
**Business Dates**   8/29/2015 - 9/11/2015
**Locations**        Riviera Hotel

| Employee | Payroll ID | | Hours | | Pay | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Job | Clock In | Clock Out | Regular | Overtime | Regular | Overtime | Sales | Tips | Adj |
| **Yguala, Jose** | | | **79.23** | **6.98** | **713.07** | **94.23** | **0.00** | **0.00** | |
| Cooks/002 | 8/29/2015 7:48 | 8/29/2015 17:31 | 9.72 | 0.00 | 87.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 8/30/2015 8:27 | 8/30/2015 16:49 | 8.37 | 0.00 | 75.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 8/31/2015 14:50 | 8/31/2015 23:01 | 8.19 | 0.00 | 73.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/3/2015 7:49 | 9/3/2015 17:12 | 9.38 | 0.00 | 84.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/4/2015 10:24 | 9/4/2015 13:58 | 3.57 | 0.00 | 32.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/5/2015 7:46 | 9/5/2015 18:12 | 10.43 | 0.00 | 93.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/6/2015 7:31 | 9/6/2015 18:28 | 10.95 | 0.00 | 98.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/7/2015 15:11 | 9/8/2015 1:22 | 10.19 | 0.00 | 91.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/9/2015 16:10 | 9/10/2015 0:04 | 7.90 | 0.00 | 71.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/11/2015 15:52 | 9/11/2015 23:23 | 0.53 | 6.98 | 4.77 | 94.23 | 0.00 | 0.00 | 0.00 |

Riviera000079

https://workforcenow.adp.com/wfn-static/12.0.40.42/common/print.html

## Earnings Statement

| Co. | File # | Clock. | Number |
|---|---|---|---|
| VII | 038087 | | 74957551 |

Worked In Dept:
Home Dept:  005780

Riviera Hotel Apart.
808 Collins Ave
Miami Beach, FL 33139

Period Beginning Date: 09/12/2015
Period End: 09/25/2015
Pay Date: 10/02/2015
WGPS Advance Pay Date:

Jose Yguala
1617 Michigan Ave
Apt 9
Miami Beach, FL 33139

| Earnings | Code | Field # | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Regular | | | 12.0000 | 73.94 | 887.28 |
| Overtime | | | 18.0000 | 0.75 | 13.50 |
| Gross Pay | | | | | 900.78 |

| Deductions | Statutory | Amount |
|---|---|---|
| Federal Income Tax | | 82.74 |
| Social Security | | 47.02 |
| Medicare | | 10.99 |

| | Other | Amount |
|---|---|---|
| | A: Medical | 142.46 |

| Net Pay | | 617.57 |
|---|---|---|

| Memos | Code | Amount |
|---|---|---|

1 of 1

2/28/2017 10:47 AM

Riviera000024

**Employee Time Card Detail**

| Business Dates | 9/12/2015 - 9/25/2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Locations | Riviera Hotel | | | | | | | | |
| Employee | Payroll ID | | Hours | | Pay | | | | |
| Job | Clock In | Clock Out | Regular | Overtime | Regular | Overtime | Sales | Tips | Adj |
| **Yguala, Jose** | | | **73.94** | **0.75** | **665.46** | **10.13** | **0.00** | **0.00** | |
| Cooks/002 | 9/12/2015 7:16 | 9/12/2015 17:45 | 10.48 | 0.00 | 94.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/13/2015 8:03 | 9/13/2015 16:07 | 8.07 | 0.00 | 72.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/14/2015 15:54 | 9/15/2015 0:13 | 8.32 | 0.00 | 74.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/16/2015 17:00 | 9/17/2015 0:04 | 7.07 | 0.00 | 63.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/18/2015 23:48 | 9/18/2015 23:48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/19/2015 7:38 | 9/19/2015 16:00 | 8.37 | 0.00 | 75.33 | 0.00 | 0.00 | 0.00 | 2.00 |
| Cooks/002 | 9/20/2015 7:33 | 9/20/2015 17:57 | 10.40 | 0.00 | 93.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/21/2015 16:26 | 9/22/2015 0:18 | 7.87 | 0.00 | 70.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/23/2015 16:57 | 9/23/2015 23:29 | 6.54 | 0.00 | 58.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/25/2015 16:09 | 9/25/2015 23:43 | 6.82 | 0.75 | 61.38 | 10.13 | 0.00 | 0.00 | 0.00 |

Riviera000080

https://workforcenow.adp.com/wfn-static/12.0.40.42/common/print.html

# Earnings Statement

| Co: | File # | Clock | Number |
|---|---|---|---|
| V1f | 038087 | | 74977766 |

Worked In Dept:
Home Dept: 006780

Riviera Hotel Apart.
808 Collins Ave
Miami Beach, FL 33139

Period Beginning Date: 09/26/2015
Period End: 10/09/2015
Pay Date: 10/16/2015
WGPS Advance Pay Date:

Jose Yguala
1617 Michigan Ave
Apt 9
Miami Beach, FL 33139

| Earnings | Code | Field # | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Regular | | | 12.0000 | 79.96 | 959.52 |
| Overtime | | | 18.0000 | 0.44 | 7.92 |
| Gross Pay | | | | | 967.44 |

| Deductions | Statutory | | | | Amount |
|---|---|---|---|---|---|
| Federal Income Tax | | | | | 103.42 |
| Social Security | | | | | 55.56 |
| Medicare | | | | | 13.00 |

| | Other | | | | Amount |
|---|---|---|---|---|---|
| | A- Medical | | | | 71.23 |

| Net Pay | | | | | 724.23 |

| Memos | Code | | | | Amount |
|---|---|---|---|---|---|

1 of 1

2/28/2017 10:47 AM

Riviera000023

**Employee Time Card Detail**

**Business Dates**   9/26/2015 - 10/9/2015
**Locations**   Riviera Hotel

| Employee | Payroll ID | | Hours | | Pay | | | | |
| Job | Clock In | Clock Out | Regular | Overtime | Regular | Overtime | Sales | Tips | Adj |
|---|---|---|---|---|---|---|---|---|---|
| **Yguala, Jose** | | | **79.96** | **0.44** | **719.64** | **5.94** | **0.00** | **0.00** | |
| Cooks/002 | 9/26/2015 7:49 | 9/27/2015 0:31 | 16.69 | 0.00 | 150.21 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/27/2015 7:48 | 9/27/2015 16:10 | 8.36 | 0.00 | 75.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 9/28/2015 17:06 | 9/28/2015 23:42 | 6.60 | 0.00 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/2/2015 16:17 | 10/3/2015 1:04 | 8.35 | 0.44 | 75.15 | 5.94 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/3/2015 13:01 | 10/4/2015 0:02 | 11.01 | 0.00 | 99.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/4/2015 7:54 | 10/4/2015 21:57 | 14.05 | 0.00 | 126.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/5/2015 18:28 | 10/5/2015 23:13 | 4.76 | 0.00 | 42.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/6/2015 18:11 | 10/6/2015 23:48 | 5.61 | 0.00 | 50.49 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/9/2015 19:08 | 10/9/2015 23:40 | 4.53 | 0.00 | 40.77 | 0.00 | 0.00 | 0.00 | 0.00 |

https://workforcenow.adp.com/wfn-static/12.0.40.42/common/print.html

## Earnings Statement

| Co. | File # | Clock | Number |
|---|---|---|---|
| Vii | 038087 | | 74997880 |

Worked In Dept:
Home Dept: 005780

Riviera Hotel Apart.
808 Collins Ave
Miami Beach, FL 33139

Period Beginning Date: 10/10/2015
Period End: 10/23/2015
Pay Date: 10/30/2015
WGPS Advance Pay Date:

Jose Yguala
1617 Michigan Ave
Apt 9
Miami Beach, FL 33139

| Earnings | Code | Field # | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Regular | | | 12.0000 | 77.90 | 934.80 |
| Overtime | | | 18.0000 | 1.94 | 34.92 |
| Gross Pay | | | | | 969.72 |

| Deductions | Statutory | Amount |
|---|---|---|
| Federal Income Tax | | 103.76 |
| Social Security | | 55.71 |
| Medicare | | 13.03 |

| | Other | Amount |
|---|---|---|
| | A- Medical | 71.23 |

| Net Pay | | 725.99 |
|---|---|---|

| Memos | Code | Amount |
|---|---|---|

1 of 1

2/28/2017 10:47 AM

Riviera000022

**Employee Time Card Detail**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Business Dates** | 10/10/2015 - 10/23/2015 | | | | | | | | |
| **Locations** | Riviera Hotel | | | | | | | | |
| Employee | Payroll ID | | | Hours | | Pay | | | |
| Job | Clock In | Clock Out | Regular | Overtime | Regular | Overtime | Sales | Tips | Adj |
| **Yguala, Jose** | | | **77.90** | **1.94** | **701.10** | **26.19** | **0.00** | **0.00** | |
| Cooks/002 | 10/10/2015 16:33 | 10/10/2015 23:52 | 7.32 | 0.00 | 65.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/11/2015 14:25 | 10/11/2015 22:48 | 8.38 | 0.00 | 75.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/12/2015 16:01 | 10/12/2015 23:54 | 7.89 | 0.00 | 71.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/14/2015 17:25 | 10/14/2015 23:18 | 5.88 | 0.00 | 52.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/16/2015 15:23 | 10/16/2015 23:49 | 8.43 | 0.00 | 75.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/17/2015 8:56 | 10/17/2015 19:42 | 10.77 | 0.00 | 96.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/18/2015 7:51 | 10/18/2015 17:52 | 10.01 | 0.00 | 90.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/19/2015 16:32 | 10/19/2015 22:59 | 6.45 | 0.00 | 58.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/20/2015 16:19 | 10/20/2015 23:07 | 6.81 | 0.00 | 61.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/23/2015 16:16 | 10/24/2015 0:10 | 5.96 | 1.94 | 53.64 | 26.19 | 0.00 | 0.00 | 0.00 |

Riviera000082

https://workforcenow.adp.com/wfn-static/12.0.40.42/common/print.html

## Earnings Statement

| Co. | File # | Clock | Number |
|---|---|---|---|
| V11 | 038087 | | 75018551 |

Worked In Dept:
Home Dept:  005780

Riviera Hotel Apart.
808 Collins Ave
Miami Beach, FL 33139

Period Beginning Date: 10/24/2015
Period End: 11/06/2015
Pay Date: 11/13/2015
WGPS Advance Pay Date:

Jose Yguala
1617 Michigan Ave
Apt 9
Miami Beach, FL 33139

| Earnings | Code | Field # | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Regular | | | 12.0000 | 78.77 | 945.24 |
| Overtime | | | 18.0000 | 1.32 | 23.76 |
| Gross Pay | | | | | 969.00 |

| Deductions | Statutory | | | | Amount |
|---|---|---|---|---|---|
| Federal Income Tax | | | | | 103.66 |
| Social Security | | | | | 55.66 |
| Medicare | | | | | 13.01 |

| | Other | | | | Amount |
|---|---|---|---|---|---|
| | A- Medical | | | | 71.23 |

| Net Pay | | | | | 725.44 |

| Memos | Code | | | | Amount |
|---|---|---|---|---|---|

1 of 1

2/28/2017 10:47 AM

Riviera000021

**Employee Time Card Detail**

| | | | Hours | | Pay | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Business Dates** | 10/24/2015 - 11/6/2015 | | | | | | | | |
| **Locations** | Riviera Hotel | | | | | | | | |
| Employee | Payroll ID | | Regular | Overtime | Regular | Overtime | Sales | Tips | Adj |
| Job | Clock In | Clock Out | | | | | | | |
| **Yguala, Jose** | | | **78.77** | **1.32** | **708.93** | **17.82** | **0.00** | **0.00** | |
| Cooks/002 | 10/24/2015 7:24 | 10/24/2015 18:47 | 11.38 | 0.00 | 102.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/25/2015 8:42 | 10/25/2015 17:09 | 8.46 | 0.00 | 76.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/26/2015 16:31 | 10/26/2015 23:42 | 7.18 | 0.00 | 64.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/27/2015 18:40 | 10/27/2015 18:54 | 0.23 | 0.00 | 2.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/28/2015 16:28 | 10/28/2015 22:58 | 6.50 | 0.00 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/30/2015 16:04 | 10/30/2015 23:39 | 6.25 | 1.32 | 56.25 | 17.82 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 10/31/2015 16:00 | 11/1/2015 0:00 | 8.00 | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Cooks/002 | 11/1/2015 7:30 | 11/1/2015 16:43 | 9.22 | 0.00 | 82.98 | 0.00 | 0.00 | 0.00 | 1.00 |
| Cooks/002 | 11/2/2015 16:10 | 11/2/2015 23:45 | 7.57 | 0.00 | 68.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/4/2015 16:39 | 11/4/2015 22:49 | 6.16 | 0.00 | 55.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/6/2015 16:40 | 11/7/2015 0:30 | 7.82 | 0.00 | 70.38 | 0.00 | 0.00 | 0.00 | 0.00 |

https://workforcenow.adp.com/wfn-static/12.0.40.42/common/print.html

### Earnings Statement

| Co. | File # | Clock | Number |
|---|---|---|---|
| V11 | 038087 | | 75037144 |

Worked in Dept:
Home Dept: 005780

Riviera Hotel Apart.
808 Collins Ave
Miami Beach, FL 33139

Period Beginning Date: 11/07/2015
Period End: 11/20/2015
Pay Date: 11/27/2015
WGPS Advance Pay Date:

Jose Yguala
1617 Michigan Ave
Apt 9
Miami Beach, FL 33139

| Earnings | Code | Field # | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Regular | | | 12.0000 | 79.75 | 957.00 |
| Overtime | | | 18.0000 | 12.25 | 220.50 |
| Gross Pay | | | | | 1,177.50 |

| Deductions | Statutory | | | | Amount |
|---|---|---|---|---|---|
| Federal Income Tax | | | | | 134.93 |
| Social Security | | | | | 68.59 |
| Medicare | | | | | 16.04 |

| | Other | | | | Amount |
|---|---|---|---|---|---|
| | A- Medical | | | | 71.23 |

| Net Pay | | | | | 886.71 |

| Memos | Code | | | | Amount |
|---|---|---|---|---|---|

1 of 1

2/28/2017 10:47 AM

Riviera000020

**Employee Time Card Detail**

| Business Dates | 11/7/2015 - 11/20/2015 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Locations | Riviera Hotel | | | | | | | | | |
| Employee | Payroll ID | | | Hours | | Pay | | | | |
| Job | Clock In | Clock Out | Regular | Overtime | Regular | Overtime | Sales | Tips | Adj |
| **Yguala, Jose** | | | **79.75** | **12.25** | **717.75** | **165.38** | **0.00** | **0.00** | |
| Cooks/002 | 11/7/2015 12:22 | 11/7/2015 22:15 | 9.87 | 0.00 | 88.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/8/2015 7:41 | 11/8/2015 16:54 | 9.22 | 0.00 | 82.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/9/2015 16:00 | 11/9/2015 23:24 | 7.41 | 0.00 | 66.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/10/2015 18:07 | 11/10/2015 23:03 | 4.93 | 0.00 | 44.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/13/2015 16:01 | 11/14/2015 0:21 | 8.32 | 0.00 | 74.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/14/2015 8:22 | 11/14/2015 17:05 | 8.71 | 0.00 | 78.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/15/2015 8:02 | 11/15/2015 16:10 | 8.13 | 0.00 | 73.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/16/2015 10:50 | 11/16/2015 23:25 | 12.59 | 0.00 | 113.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/17/2015 17:03 | 11/17/2015 23:22 | 6.33 | 0.00 | 56.97 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/19/2015 15:44 | 11/19/2015 23:57 | 4.24 | 3.97 | 38.16 | 53.59 | 0.00 | 0.00 | 0.00 |
| Cooks/002 | 11/20/2015 15:58 | 11/21/2015 0:15 | 0.00 | 8.28 | 0.00 | 111.78 | 0.00 | 0.00 | 0.00 |

Riviera000084