UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-20565-CIV-JJO

[CONSENT CASE]

JOSE R. YGUALA PUPO, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

RIVIERA LOFT HOTEL LLC, and
JORGE MORENOS,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION IN LIMINE [DE 53] REGARDING
PRIOR LAWSUITS**

**COMES NOW** Plaintiff, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and files the above-described Response to [DE 53] as follows:

**MEMORANDUM OF LAW AND ARGUMENT**

Upon review of [DE 53], Plaintiff will not oppose same as it is limited to the (3) cases on Pages 1-2 of the Motion. None of those cases involve wage matters, and the undersigned Firm has reviewed the dockets of those cases. For example, pursuant to the Eleventh Circuit ruling in *Alvarez Perez v. Sanford-Orlando Kennel Club, Inc.,* 515 F.3d 1150 (11th Cir. 2008), if willfulness is proven, the Court has no discretion to find that Defendant acted in good faith (in which case liquidated damages would necessarily be opposed). However, since none of those cases identified by Defendant involve wage matters, [DE 53] is not opposed. However, Plaintiff

requests the Court's Order specifically limit the limine relief to the (3) cases cited, as the Defendant has not identified any prior wage related lawsuits in the Motion.

WHEREFORE PLAINTIFF RESPONDS AS STATED.

**Respectfully submitted,**

K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:___/s/___K. David Kelly_____
K. DAVID KELLY, ESQ.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF TO THE FOLLOWING ON 10/19/17 TO:
ALL CM/ECF RECIPIENTS

JOSHUA MICHAEL ENTIN, ESQ.
ENTIN & DELLA FERA, P.A.
633 S. ANDREWS AVENUE
SUITE 500
FT. LAUDERDALE, FL 33301

LOWELL J. KUVIN, ESQ.
LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET
SUITE 223
MIAMI, FL 33131

BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.